UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6387

BARTHOLOMEW ROBINSON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; EXECUTIVE HEAD;
GEORGE ALLEN, Governor; RONALD ANGELONE,
Director of Virginia Department of Correc-
tions; R. A. YOUNG, Region Administrator,
Western District of Virginia Department of
Corrections; GEORGE DEEDS, Warden of Keen
Mountain Correctional Center,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-96-212)

Submitted:  July 23, 1996          Decided:  August 5, 1996

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bartholomew Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Robinson v. Virginia</u>, No. CA-96-212 (W.D. Va. Mar. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>